AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America | ) Case: 1:22-mj-205 |
| v. | ) Assigned To: Magistrate Judge G. Michael Harvey |
| William John Wyatt Gallman | ) Assign. Date: 9/16/2022 |
| | ) Description: Complaint with Arrest Warrant |

*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    William John Wyatt Gallman ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment    ❏ Superseding Indictment    ❏ Information    ❏ Superseding Information    ☒ Complaint
❏ Probation Violation Petition    ❏ Supervised Release Violation Petition    ❏ Violation Notice    ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted  Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date:    09/16/2022

G. Michael Harvey    Digitally signed by G. Michael Harvey
Date: 2022.09.16 11:24:11 -04'00'

*Issuing's signature*

City and state:    Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 9/16/22 , and the person was arrested on *(date)* 9/27/2022 |
| at *(city and state)* Greenville SC |
| Date: 9/27/22 |

*Arresting officer's signature*

Robert Gibmy - Task Force Officer
*Printed name and title*